# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### GREENSBORO DIVISION

| | | |
|---|---|---|
| Kenneth Mason, | ) | |
| | ) | |
| **Plaintiff;** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-00078-CCE-JLW** |
| | ) | |
| Credit One Bank, N.A., and | ) | |
| Equifax Information Services, LLC, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS

Defendant, Credit One Bank, N.A. ("Credit One"), moves to compel arbitration and to stay these proceedings under the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, pursuant to the parties' written arbitration agreement.  The Declaration of Michael Wiese, which attaches the written arbitration agreement, is filed in support of this motion. A supporting memorandum is filed contemporaneously herewith.

WHEREFORE, Credit One moves for entry of an Order compelling arbitration and staying the proceedings pending completion of arbitration.

Respectfully submitted,

/s/ *Brian D. Roth*
Brian D. Roth (18415)
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 828-3700
Email: broth@sessions.legal
*Attorneys for Credit One Bank, N.A.*