**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | |
|---|---|---|
| **Kenneth Mason,** | ) | |
| | ) | |
| **Plaintiff;** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-cv-00078-CCE-JLW** |
| | ) | |
| **Credit One Bank, N.A., and** | ) | |
| **Equifax Information Services, LLC;** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**<u>MOTION TO STAY DISCOVERY</u>**

Defendant Credit One Bank, N.A. ("Credit One") moves to stay discovery pending resolution of Credit One's Motion to Compel Arbitration (Doc. 21). For the reasons set forth in the supporting memorandum filed contemporaneously herewith, a stay of discovery as to Credit One is appropriate.

WHEREFORE, Credit One requests entry of an Order staying discovery pending resolution of the Motion to Compel Arbitration.

Respectfully submitted,

/s/ *Brian D. Roth*
Brian D. Roth (18415)
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 828-3700
Email: broth@sessions.legal
*Attorneys for Defendant,*
*Credit One Bank, N.A.*

1
