# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
### GREENSBORO DIVISION

| | | |
|---|---|---|
| Kenneth Mason, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:26-cv-00078-CCE-JLW |
| | ) | |
| Credit One Bank, N.A., and | ) | |
| Equifax Information Services, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## UNOPPOSED MOTION TO REFER CLAIMS TO ARBITRATION AND TO STAY PROCEEDINGS AS TO CREDIT ONE BANK, N.A.

Defendant, Credit One Bank, N.A., moves the Court for entry of an order referring the claims against Credit One to arbitration through the American Arbitration Association and staying these proceedings as to Credit One pending completion of arbitration.

As set forth in the Stipulation of Arbitration attached hereto, Credit One and Plaintiff have agreed to arbitrate Plaintiff's claims against Credit One. Accordingly, Credit One's pending motions to compel arbitration (Doc. 21) and to stay discovery (Doc. 23) will be rendered moot upon entry of this Order.

WHEREFORE, Credit One requests that the Court stay the proceedings as to Credit One and refer Plaintiff's claims against Credit One to arbitration, and for such other relief as this Court deems proper.

Respectfully submitted,

/s/ *Brian D. Roth*

1

Brian D. Roth (18415)
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 828-3700
Email: broth@sessions.legal
*Attorneys for Credit One Bank, N.A.*

2