# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

Kenneth Mason,

      Plaintiff;

v.

Case No. 1:26-cv-00078

Credit One Bank, N.A., and
Equifax Information Services, LLC,

      Defendants.

_____

## ORDER

    The plaintiff and one of the defendants have agreed to arbitrate their dispute and to a stay pending that arbitration.  See Doc. 25, 25-1.  Upon review of the motion and the record, it is ORDERED that:

    1.    The Joint Motion, Doc. 25, is GRANTED and Plaintiff's claims against Credit One are referred to binding arbitration through the American Arbitration Association.

    2.    This action is STAYED as between Plaintiff and Credit One until the earliest of completion of the arbitration or March 31, 2027, which should be adequate time to complete the arbitration if the parties act with due diligence.

    3.    "District courts can, of course, adopt practices to minimize any administrative burden caused by the stays that § 3 [of the Federal Arbitration Act] requires."  *Smith v. Spizzirri*, 601 U.S. 472, 478 (2024).   The Court expects the parties to proceed to arbitration

expeditiously and to complete the arbitration in a timely fashion. Ordinarily, this can be done within a few months.

4. It is the Court's experience that parties often forget a case has been stayed and never take any steps to close the open case file with the Court after an arbitration is completed. Therefore, the Court will dismiss the case as between the plaintiff and Credit One without prejudice in nine months, in the absence of a motion to continue the stay filed no later than March 17, 2027.

3. The Motion to Compel Arbitration and Stay Proceedings, Doc. 21, and the Motion to Stay Discovery, Doc. 23, are DENIED as moot.

4. The case will proceed in this court as between the plaintiff and defendant Equifax on the schedule previously ordered.

This the 9th day of June, 2026.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE

2