**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| KENNETH MASON, | Case No. 1:26-cv-00078-CCE-JGM |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; and CREDIT ONE BANK, N.A., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kenneth Mason, and Defendant Equifax Information Services, LLC ("Equifax"), have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as to Defendant Equifax only. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

1

Respectfully submitted this 16th day of June 2026.

**CONSUMER JUSTICE LAW FIRM PLC**

By: */s/ Dawn McCraw*
Dawn McCraw
North Carolina Bar No. 54714
Consumer Justice Law Firm PLC
8095 N. 85th Way
Scottsdale, AZ 85258
T: 602.807.1527
F: (480) 613-7733
E: dmccraw@consumerjustice.com

*Attorneys for Plaintiff*
*Kenneth Mason*

# CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM PLC**

By: */s/ Aaron Corral*

3